12-11-16

To: Clerk of Court
United States District Court
Southern District of Texas

Re: update Protective federal Habeas petition 2254
4:16-CV-02219 Noe Armando Artiga V. Lori Davis

This Letter is to notify the Court as soon as the
mandate in the transcript appeal I had is issued I will
promptly be filing my State Habeas Corpus. On November
12 2016 The CCA erroneously dismissed my Habeas Corpus
thinking the appeal I had attacked my conviction. The appeal
I had in the first court of Appeals was over the denial of
a free request for a copy of my transcripts in a motion I
filed. On November 8 2016 the first Court of appeals
ordered my appeal dismissed but ordered the trial court
Clerk to send me a free copy of my transcripts.

The trial court clerk sent me my transcripts and after
revising my Habeas Corpus I am ready to file it again. The
only thing that has been preventing me is since the trial
Court erroneously sees the appeal I had as attacking
my Conviction I must wait until the mandate is issued.

In light of this I have filed the attached motion requesting
to expidite the Court of Appeals mandate. Once the mandate
is issued I will file my Habeas Corpus as soon as possible.
* This Letter is to Notify you I am still requesting a stay
in this proceeding and will notify you with request to
Lift it once the state court rules on its merits.

Sincerely,

Noe Armando Artiga
#1984587
Robertson Unit
12071 F.M. 3522
Abilene TX 79601