Noe Artiga
v.
State of Texas

Case 4:16-cv-02219   Document 17-1   Filed on 12/15/16 in TXSD   Page 1 of 2

DEC 15 2016

David J. Bradley, Clerk of Court

In the 1st Court of Appeals
Houston TX

## Motion for the Court of Appeals to Expidite and promptly Issue Appellants mandate

Comes now Appellant and files this motion and in support shows the Court the following:

1. On November 8, 2016 the 1st Court of Appeals issued an opinion over the denial of his free transcripts motion. The Court dismissed his appeal for want of jurisdiction. As the Court of Appeals in its plenary power ordered the trial court clerk to send him a copy of his transcripts as the fee had already been paid by the County, any issue he has in this appeal is resolved and the appeal is ultimately moot. Appellant asserts he is not filing a pdr in this cause and the deadline for doing so has already passed.

2. Because the Harris County D.A and the trial court erroneously certified this appeal was attacking his conviction it dismissed his filed Habeas Corpus concluding his conviction was not final. Currently, he is seeking not to be timebarred for a federal writ of Habeas Corpus and the delaying of his mandate is preventing him from tolling the 1 year AEDPA by properly filing a Habeas Corpus over his conviction.

3. Under Tex. R. App. P 18.1(c) from this good cause he asks the Court of Appeals to expedite and promptly issue his mandate. Upon this issuance he will be able to file his writ of habeas corpus in the 182nd District that is ready to be presented to the trial court.

Wherefore Premises Considered, Appellant prays the Court grant this motion as soon as practicable and issue the mandate in this cause.

Respectfully Submitted

*Noe Artiga* (signature)

Noe Armando Artiga #1984587
Robertson Unit
(12071) F.M. 3522
Abilene, TX 79601

Certificate of Service

I Noe Artiga Certify this motion has been sent this 11th day of December 2016 to the Harris County DA's office 1201 Franklin, Suite 600 Houston TX 77002 by prepaid first class mail

*Noe Artiga* (signature)
Noe Armando Artiga