IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOE ARMANDO ARTIGA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO: H-16-2219 |
| | § | |
| LORI DAVIS, | § | |
| Director of the Texas Department | § | |
| of Criminal Justice - Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## **ORDER**

Petitioner's motion to continue the stay of this case (Dkt. 16) is granted. This case shall remain stayed until further ruling of the court. Petitioner shall promptly notify the court when state court habeas proceedings are final.

Signed at Houston, Texas on January 3, 2017.

Stephen Wm Smith
United States Magistrate Judge