IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NOE ARMANDO ARTIGA, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO: H-16-2219 |
| § | |
| LORI DAVIS, § | |
| Director of the Texas Department § | |
| of Criminal Justice - Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## **ORDER**

The parties are ordered to notify the court of the status of state court habeas proceedings and advise whether the stay of this case should be lifted on or before July 28, 2017.

Signed at Houston, Texas on June 28, 2017.

Stephen Wm Smith
United States Magistrate Judge