July 3, 2017


**United States Courts**
**Southern District of Texas**
**FILED**

**JUL 0 7 2017**

**David J. Bradley, Clerk of Court**

To: Clerk
    United States District Court
    Southern District of Texas
    Post Office Box 61010
    Houston, Texas 77208

RE: Noe Armando Artiga V. Lori Davis    4-16-cv-02219
    Civil Action#: H-16-2219
    . Status of State Habeas Procceedings

   On June 28, 2017 the District Court acting magistrate issued an order to notify the court of the status of my state habeas proceedings and advise whether the stay of this case should be lifted on or before July 28, 2017.

   Please consider this my following response.

  I request that the stay still be held and that it should not be lifted on my case until the dispositon of my post conviction 11.07 application. I ask that the court please aware that I am currentley being represented by an attorney and if this court needs any information conserning the status of my state habeas corpus procedings to please contact:

Ms. Carmen Roe
Carmen Roe Law Firm
440 Louisiana, Ste.900
Houston, Tx 77002
Phone# 713 236 7755

  Previously the Texas Court of Criminal Appeals erroneously dismissed my initial Habeas Corpus proceeding on November 2, 2016 as it believed I still had a direct appeal over my conviction pending in the First Court of Appeals of Texas. This appeal was only for a free copy of my Transcripts. On January 3, 2017 the First Court of Appeals issued its mandate of Appeal 01-16-00353-CR and I was allowed to pursue a Habeas Corpus over my conviction. On January 31, 2017 my writ of habeas corpus was filed over my conviction. And on February 2, 2017 the 182nd District Court of Harris County Appointed me Ms. Carmen Roe to handle my post conviction proceedings. In furtherence to this on February 23, the trial court issued an ODI or order disignating issues entailing that my ineffective assistance claims, Voluntarines of my Guilty Plea, and Issue conserning the Courts Jurisdiction to adjudicate me to be resolved.

  As of now my attorney Carmen Roe is researching and drafting a memorandum in support of my habeas corpus. Currentely she is having problems as my trial attorney Mr. Thomas Lewis will not timely hand over my attorney client file. When she is able to get my file and complete her memorandum I believe the trial court will have a hearing on my state writ.

I declare under oath that I have been using due diligence in trying to litigate my state post conviction claims. Currently I have my state 11.07 habeas corpus proceeding pending and my Chapter 64 DNA motion appeal pending. My request to continue the stay in my Federal Habeas Corpus Proceeding is not for delay and I affirm upon the resolution of a dispostion in my case I will continue to timely notify this court of any ruling by the state court.

If this court needs any futhur information please inform me or Ms. Carmen Roe and I will give you any other particulars you wish to have in order for this court to have the necessary information to continue the stay in my case.

Sincerely,

Noe Armando Artiga#1984587
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

Noe Armando Artiga
#1984587
Robertson Unit
12071 F.M. 3522
Abilene, Texas 79601

LEGAL MAIL
LEGAL MAIL

ABILENE TX 796

05 JUL 2017 PM 2 T

To: Clerk
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas 77208

Case # 4:16-CV-02219

FILED
SOUTHERN DISTRICT OF TEXAS

JUL 07 2017

David J. Bradley, Clerk of Court

7720881010