IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOE ARMANDO ARTIGA, <br> TDCJ-CID No. 1984587, <br> Petitioner, <br> v. <br><br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br> Respondent. | § § § § § § § § § § | Civil Action No. H-16-2219 |

### RESPONDENT'S RESPONSE TO THIS COURT'S ORDER
### OF JUNE 28, 2017, ECF NO. 20

Through a federal petition for habeas corpus, Texas state prisoner Noe Armando Artiga challenges his felony conviction for murder, for which he was sentenced to 50 years' imprisonment. On June 28, 2017, this Court ordered Artiga and Respondent Lorie Davis ("the Director") to file a response on or before July 28, 2017, indicating the "status of state court habeas proceedings and advise whether the stay of this case should be lifted." ECF No. 20.

The Director believes Artiga has filed a state application for habeas relief, which is pending before the trial court for recommendations of findings of fact and conclusions of law. *See* Exhibit A (electronic docket for *State v. Artiga*, No. 13339100101B, docket entry dated 03/08/2017, "Type: NEXT WRIT EVENT," "Description: FIND OF FACT/CONC OF LAW-D"); *see also* Texas Judicial Branch: Court of Criminal Appeals, "Case Search: Style: Artiga, Noe" (case history indicating *Ex parte Artiga*, Nos. WR-84,603-01, -02 are the only cases docketed in the Court of Criminal Appeals). Because Artiga's state

habeas application appears to still be pending in the state courts, the Director does not oppose the continuation of this Court's stay, granted on July 27, 2016. ECF. No. 12.

                                  Respectfully submitted,

                                  KEN PAXTON
                                  Attorney General of Texas

                                  JEFFREY C. MATEER
                                  First Assistant Attorney General

                                  ADRIENNE McFARLAND
                                  Deputy Attorney General
                                  for Criminal Justice

                                  EDWARD L. MARSHALL
                                  Assistant Attorney General
                                  Chief, Criminal Appeals Division


                                  _s/ Cara Hanna_
                                  CARA HANNA*
*Attorney in Charge               Assistant Attorney General
                                  State Bar No. 24055622
                                  Southern I.D. No. 915870

                                  P.O. Box 12548, Capitol Station
                                  Austin, Texas 78711
                                  Telephone No. (512) 936-1400
                                  Facsimile No. (512) 832-3260
                                  Cara.Hanna@oag.texas.gov

                                  ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Correctional Institutions Division, and is proceeding *pro se* in this cause. Respondent will not speculate as to whether Petitioner will oppose this motion.

                                         s/ Cara Hanna
                                         CARA HANNA
                                         Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading will be served by placing it in the United States Mail, postage prepaid, on Friday, July 28, 2017, addressed to:

Noe Armando Artiga
TDCJ No. 1984587
TDCJ Robertson Unit
12071 FM 3522
Abilene, TX 79601

                                         s/ Cara Hanna
                                         CARA HANNA
                                         Assistant Attorney General