# Respondent's Exhibit A

| HCDistrictclerk.com | The State of Texas vs. ARTIGA, NOE ARMANDO (SPN: 02600777) | 7/18/2017 |
|---|---|---|
| | Cause: 13339100101B    CDI: 3    Court: 182 | |

## ACTIVITIES

| Date | Type | Description | SNU/CFI |
|---|---|---|---|
| 03/08/2017 | NEXT WRIT EVENT | FIND OF FACT/CONC OF LAW-D | 997 |
| 02/27/2017 | ATTORNEY | ROE, CARMEN MAE | 999 |
| 02/27/2017 | ATTORNEY | AAA COURT 182 CFI 182 | |
| 02/27/2017 | JUDGE | BARR, JEANNINE PRESIDING | |
| 02/23/2017 | WRIT EVENT | ORDER DESIGNATING ISSUES F | 995 |
| 02/23/2017 | WRIT EVENT | ORDER NOT TO FORWARD TO CC | 996 |
| 02/23/2017 | ORDER | STATE PROP ORD DES ISSUES | 999 |
| 02/23/2017 | OFFENSE | MURDER LEVEL F1 | |
| 02/23/2017 | | ORDER | 999 |
| 02/16/2017 | NEXT WRIT EVENT | RESPONDENTS ANSWER DUE | 998 |
| 02/07/2017 | MOTIONS | REQUEST DESIGN ISSUE | 999 |
| 02/07/2017 | MOTIONS | FILED CFI 182 | |
| 02/01/2017 | WRIT EVENT | COURT FINDINGS DUE | 997 |
| 02/01/2017 | WRIT EVENT | D A ACKNOWLEDGE RECEIPT OF | 998 |
| 01/31/2017 | WRIT EVENT | APPLICATION FOR PCW FILED | 999 |

** NOTE: CHECK FOR POST CONVICTION WRIT CASES **