IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOE ARMANDO ARTIGA, § | | |
| TDCJ-CID No. 1984587, § | | |
| Petitioner, § | | |
| v. § | | Civil Action No. H-16-2219 |
| § | | |
| LORIE DAVIS, Director, § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL
## FOR THE DIRECTOR WITH BRIEF IN SUPPORT

The Director was last represented in this cause by former Assistant Attorney General Cara Hanna. Because Ms. Hanna left the Office of the Attorney General for new employment, it has become necessary to reassign this case to the undersigned Assistant Attorney General. As a result, the undersigned moves this Court to allow Ms. Hanna to withdraw and to permit the undersigned to substitute in as the Assistant Attorney General representing the Director in this federal habeas action.

The undersigned has been licensed to practice in the State of Texas since November 3, 2006, and is a member in good standing of the State Bar of Texas. The undersigned is admitted to practice in all of the United States District Courts of Texas. All future correspondence should be sent to the same address at the undersigned's attention.

For the foregoing reasons, the undersigned moves this Court to allow Assistant Attorney General Cara Hanna to withdraw and to substitute the

undersigned as the Assistant Attorney General to represent the Director in this federal habeas corpus action.

                              Respectfully submitted,

                              KEN PAXTON
                              Attorney General of Texas

                              JEFF MATEER
                              First Assistant Attorney General

                              ADRIENNE MCFARLAND
                              Deputy Attorney General for
                              Criminal Justice

                              EDWARD L. MARSHALL
                              Chief, Criminal Appeals Division

                              <u>/s/ Jessica Manojlovich</u>

*Lead Counsel              JESSICA MANOJLOVICH*
                              Assistant Attorney General
                              State Bar No. 24055632
                              Southern District ID No. 783178

                              P. O. Box 12548, Capitol Station
                              Austin, Texas 78711
                              (512) 936-1400
                              (512) 936-1280 (FAX)

                              ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I do hereby certify that a conference is not possible because Petitioner is incarcerated. Respondent will not speculate on whether the Petitioner will oppose this motion.

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing motion has been served by placing same in the United States Mail, postage prepaid, on this the 26th day of March 2019, addressed to: Noe Armando Artiga, TDCJ No. 1984587, Robertson Unit, 12071 FM 3522, Abilene, TX 79601.

/s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General