United States District Court
Southern District of Texas
**ENTERED**
March 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NOE ARMANDO ARTIGA, § <br> TDCJ-CID No. 1984587, § <br> Petitioner, § <br> v. § <br> § <br> LORIE DAVIS, Director, § <br> Texas Department of Criminal Justice, § <br> Correctional Institutions Division, § <br> Respondent. § | Civil Action No. H-16-2219 |

## ORDER

On the motion of Respondent, former Assistant Attorney General Cara Hanna is WITHDRAWN and Assistant Attorney Jessica Manojlovich is SUBSTITUTED as Attorney-in-Charge for Respondent.

It is so ORDERED.

SIGNED on this the _26_ day of _March_, 2019.

_____
PRESIDING JUDGE