IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NOE ARMANDO ARTIGA, § | | |
| TDCJ-CID No. 1984587, § | | |
| Petitioner, § | | |
| v. § | | Civil Action No. H-16-2219 |
| § | | |
| LORIE DAVIS, Director, § | | |
| Texas Department of Criminal Justice, § | | |
| Correctional Institutions Division, § | | |
| Respondent. § | | |

## RESPONDENT DAVIS'S STATUS REPORT ON PETITIONER ARTIGA'S STATE HABEAS PROCEEDINGS

Through a federal petition for writ of habeas corpus, Texas state prisoner Noe Armando Artiga challenges his felony conviction for murder, for which he was sentenced to 50 years' imprisonment. On March 19, 2019, this Court requested Respondent Lorie Davis (Director) to provide a status report regarding this case, which the Director understands as pertaining to Artiga's pending state habeas proceedings.

The undersigned communicated with the Harris County District Attorney's Office and learned that the previous state habeas judge recused himself because he was involved in the prosecution of Artiga's underlying conviction. The case is now before a new judge with a status conference scheduled for March 28, 2019. A docket sheet for the case is attached as Exhibit A, and it reflects the setting.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

ADRIENNE McFARLAND
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

s/ Jessica Manojlovich

*Lead Counsel    JESSICA MANOJLOVICH*
Assistant Attorney General
State Bar No. 24055632
Southern District ID No. 783178

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing pleading will be served by placing it in the United States Mail, postage prepaid, on March 28, 2019, addressed to: Noe Armando Artiga, TDCJ No. 1984587, TDCJ Robertson Unit, 12071 FM 3522, Abilene, TX 79601.

s/ Jessica Manojlovich
JESSICA MANOJLOVICH
Assistant Attorney General