# EXHIBIT A

| DocketSheet for Case 3-13339100101B | | | Close |
|---|---|---|---|
| Date | Notes | Type | Modified By |
| 03/18/2019 | Case transferred to the 183rd District Court. Reason: Other Reason | Transfers | CONVERSION USER |
| 02/19/2019 | Reset By Court 3/03/1933 09:00 AM NA | Settings | CONVERSION USER |
| 02/19/2019 | Defendant ARTIGA, NOE ARMANDO appeared without counsel | Settings | TAMARA JOHNSON |
| 11/07/2018 | ORDER: ATTORNEY FEE VOUCHER<br>FEE AMOUNT: $3,248<br>ViPS Voucher ID: 149929<br>SNU: 995 | CourtOrder | CONVERSION USER |
| 11/07/2018 | Voucher #149929 approved , Voucher Signed | Voucher | Jeannine Barr |
| 11/05/2018 | ORDER: THOMAS LEWIS REQ FILE AFFID | CourtOrder | CONVERSION USER |
| 11/05/2018 | ORDER: ST PRP DESIG ISS/FILE AFFID | CourtOrder | CONVERSION USER |
| 05/15/2018 | ORDER: CCA GRNT EXT REC DUE 081318 | CourtOrder | CONVERSION USER |
| 05/09/2018 | MOTION FILED: TRL CRT REQ EXT | Motions | CONVERSION USER |
| 02/12/2018 | ORDER: CCA GRNT EXT REC DUE 051418 | CourtOrder | CONVERSION USER |
| 02/06/2018 | ORDER: GNRT MTN EXTEN OF PARTIES | CourtOrder | CONVERSION USER |
| 02/06/2018 | MOTION FILED: MTN REQ EXTN OF PART | Motions | CONVERSION USER |
| 02/27/2017 | The defendant filed a sworn pauper's oath, and JUDGE ordered ROE, CARMEN MAE appointed as Appointed Atty On Appeal | Attorney | CONVERSION USER |
| 02/23/2017 | ORDER: STATE PROP ORD DES ISSUES | CourtOrder | CONVERSION USER |
| 02/07/2017 | MOTION FILED: REQUEST DESIGN ISSUE | Motions | CONVERSION USER |
| 03/03/1933 | Transfer, 3/28/2019 09:00 AM Other | Settings | CONVERSION USER |