United States District Court
Southern District of Texas
**ENTERED**
July 22, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NOE ARMANDO ARTIGA, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | Civil Case No. 4:16-CV-02219 |
| § | |
| LORIE DAVIS and BOBBY LUMPKIN- § | |
| DIRECTOR TDCJ-CID, § | |
| § | |
| Respondents. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the June 7, 2024 Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 48). Judge Bray made findings and conclusions and recommended that Respondent's Motion for Summary Judgment, (Dkt. No. 43), be granted and that Petitioner's case be dismissed with prejudice. (Dkt. No. 48).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R (Dkt. No. 48) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Respondent's Motion for Summary Judgment, (Dkt. No. 43), is **GRANTED**.

It is SO ORDERED.

Signed on July 19, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**